UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umi Judith Bey
_____

Write the full name of each plaintiff.

-against-

Officer MCARDLE Badge # 634
Officer WALA Badge # 2162
Officer SERRANO Badge # 10894
Officer GRAVITCH Badge # 1162

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

18CV9656

(Include case number if one has been assigned)

COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No   with a jury of my peers: other Moorish Americans

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_4th Amendment and USC Title 18 Sections 241 and 242. The named officers entered my domicile while we were sleeping to conduct an unlawful search (and seizure of my daughter) based on a de facto Order of Protection with no corpus delecti, no probable cause, no evidence of a crime._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Umi Judith Bey_ (Plaintiff's name), is a citizen of the State of

_New York Republic, Northwest Amexum_
~~(State in which the person resides and intends to remain.)~~

~~or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of~~ _____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, NYPD officers: MCARDLE, WALA, SERRANO and GRAVITCH are, is a citizen of the State of
(Defendant's name)

New York? I am not sure

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Umi   Judith   Bey
First Name   Middle Initial   Last Name

Care of 341 West 24th Street Unit number 2F
Street Address

[New York, NY 10011] Northwest Amexum
County, City   State   Zip Code

347 520 4236   judi46@gmail.com
Telephone Number   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____ MCARDLE _____
 First Name                      Last Name
NYPD Officer  Badge #634
Current Job Title (or other identifying information)
10th Precinct on West 20th Street
Current Work Address (or other address where defendant may be served)
New York                         NY                    10011
County, City                     State                 Zip Code

Defendant 2: _____ WALA _____
 First Name                      Last Name
NYPD Officer  Badge #2162
Current Job Title (or other identifying information)
10th Precinct on West 20th Street
Current Work Address (or other address where defendant may be served)
NY, NY  10011
County, City                     State                 Zip Code

Defendant 3: _____ SERRANO _____
 First Name                      Last Name
NYPD Officer  Badge #10894
Current Job Title (or other identifying information)
10th Precinct on West 20th Street
Current Work Address (or other address where defendant may be served)
NY                              NY                    10011
County, City                     State                 Zip Code

Defendant 4: _____GRAVITCH_____
                  First Name              Last Name

__NYPD Officer Badge #1162__
Current Job Title (or other identifying information)

__10th Precinct / West 20th St__
Current Work Address (or other address where defendant may be served)

__NY__        __NY__        __10011__
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __My domicile at approx 1-1:30 am__

Date(s) of occurrence: __April 17th or 18th 2018__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The four named officers entered the living room where Josephine and I were sleeping; and, they abruptly seized my daughter startling both of us from our slumber. They handcuffed her amid our protests. They kept saying she violated the "order of protection" but the officers did not witness her injuring Melissa nor committing any crime. There was no evidence either to corroborate Melissa's story. Her Order of Protection was based on hearsay. Further without the corpus delecti they had no probable cause. They kept quoting NY State Law gave them the "authority" to violate my 4th Amendment right to NOT be subject to unlawful searches in my domicile without probable cause and a lawful search warrant.

Page 5

The initial judge who issued the original order of protection is also at fault by overstepping the bounds of decency and common sense by putting a 20 year old on the street based on hearsay (lies) of a 26 year old (sister).

However, in this case, it was the police officers who were zealous in taking my daughter in and did not use discretion. They chose to ignore my protests that they were violating my 4th Amendment right and the USC title 18 sections 241 and 242 operating under the color of law and quoting statutes and codes to me which cannot abrogate constitutional laws.

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

20,000 units of gold and silver from each officer
       x 4
80,000 units (ounces) of gold and silver from their bonds.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| October 18, 2018 | Umi Judith Bey All Rights Reserved UCC 1-308 |
| Dated | Plaintiff's Signature |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Umi | Judith | Bey |

Street Address: Care of 341 West 24th Street, Unit 2F

| County, City | State | Zip Code |
|---|---|---|
| [New York, NY 10011] | Northwest Amexum | |

| Telephone Number | Email Address (if available) |
|---|---|
| 347 520 4236 | judi461@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.